# In The United States Court of Federal Claims

Cover Sheet **07-279 C**

Plaintiff(s) or Petitioner(s)
Theodore Fathauer et all - see list attached

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Richard J. Hirn
Firm Name: Attorney at Law
Post Office Box: 5335 Wisconsin Ave NW
Street Address: Suite 440
City-State-Zip: Washington DC 20015
Telephone & Facsimile Numbers: 202/274-1812; fax is 274-1813

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes □ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: [3] [1] [2]
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______

Agency Identification Code: [C] [O] [M]
See attached sheet for three-digit codes.

Amount Claimed: $ 15,000
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? □ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ ______
Is plaintiff a small business? □ Yes □ No

Vaccine Case:
Date of Vaccination: ______

Related Cases:
Is this case directly related to any pending or previous case? □ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

1. **THEODORE FATHAUER**
   P. O. Box 80210
   Fairbanks, AK 99708-0210

2. **ROBIN FOX**
   6820 S. Shelby Ridge Road
   Spokane, WA 99224

3. **EDWARD K. HOGAN, JR.**
   12 Lakeview Court
   Eastport, New York 11941

4. **LAURIE RENEE NISBET**
   3005 E. 19th Avenue
   Spokane, WA 99223

5. **RICHARD THOMAN**
   P. O. Box 72404
   Fairbanks, AK 99707