# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THEODORE FATHAUER et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07-279C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED <br> MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 30 days, to and including Monday, August 6, 2007, within which to respond to the complaint. Our response is now due on July 5, 2007. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff has indicated that he will not oppose this request for an enlargement of time.

Counsel for the defendant timely requested, pursuant to 28 U.S.C. § 520, that the appropriate agency provide him with a litigation report. Counsel for the defendant has not yet received a litigation report. In this case, before agency counsel can prepare the litigation report, it must first collect the plaintiffs' individual personnel files from the various local offices around the country where they were employed. The geographic scope of this task (the files of two plaintiffs are located as far away as Alaska) has

made it very time consuming. Agency counsel attempted to shorten this process by requesting electronic transmission of the files, but many of the files are stored only in paper form, so the time to copy and electronically scan them could not be avoided. Only after compiling these materials can agency counsel properly assess the allegations made by the plaintiff and analyze the complaint.

After receiving the litigation report, counsel for the defendant will require time to study it and determine the most appropriate response to the complaint. Therefore, we anticipate that at least an additional 30 days will be required to prepare our response.

For the foregoing reasons, defendant requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK

Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

July 2, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on July 2, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK