# In the United States Court of Federal Claims

Case No. 07-279C
(Filed: July 3, 2007)

*****************************************************
THEODORE FATHAUER, et al., *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Defendant's unopposed **motion for a 30-day enlargement of time**, until **Monday, August 6, 2007**, within which to respond to the complaint in this matter is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge