**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THEODORE FATHAUER et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07-279C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF INTENT**
**TO PROCEED BY DISPOSITIVE MOTION**

Pursuant to paragraph 2 of the Court's May 22, 2007 Special Procedures Order (the "SPO"), defendant, the United States, respectfully submits this notice of intent to proceed by dispositive motion in lieu of an answer. Pursuant to paragraph 3 of the SPO, we are not filing our dispositive motion at this time, and this Notice satisfies the defendant's obligation to answer or otherwise respond to the plaintiffs' complaint under the Rules of the Court of Federal Claims. Pursuant to paragraphs 2 and 4 of the SPO, we will briefly identify the factual and legal bases for our anticipated dispositive motion in the forthcoming Joint Preliminary Status Report. Pursuant to paragraphs 3 and 4 of the SPO, we anticipate filing our dispositive motion in accordance with the briefing schedule recommended by the parties in the JPSR, as altered (if necessary) and finally approved by the Court at the Preliminary Status Conference.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

August 6, 2007

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on August 6, 2007, a copy of the foregoing “DEFENDANT'S NOTICE OF INTENT TO PROCEED BY DISPOSITIVE MOTION” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK