# In the United States Court of Federal Claims

* * * * * *

THEODORE FATHAUER et al., *

Plaintiffs * No. 07-279C (ADR)

v. * Filed: October 10, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

The parties contacted this court seeking an Early Neutral Evaluation or other ADR process. We have scheduled October 23 for a meeting to discuss this case at 10:00 a.m. in the National Courts Building. Counsel may provide materials in advance of this date if they wish.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
ADR Judge