# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THEODORE FATHAUER et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07-279C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT NOTICE TO PROCEED

Pursuant to paragraph 5 of the Court's May 22, 2007 Special Procedures Order (the "SPO"), and Rule 4 of the ADR Pilot Program Procedures Order, the parties jointly submit this notice to proceed as provided for by the rules of this Court.

The Early Neutral Evaluation conference was held before Judge Hodges on October 23, 2007. Although Judge Hodges helped each party gain a better understanding of its opponent's position, the parties are not able to effect an amicable resolution to this case at this time, and we request that the case proceed to the filing of the motions upon the administrative record that the parties identified in their September 20, 2007 Joint Preliminary Status Report.

Counsel for both parties are available to participate in the telephonic Preliminary Status Conference any day of the week beginning December 3, 2007, during regular business hours.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Richard J. Hirn
RICHARD J. HIRN
5335 Wisconsin Ave NW
Suite 440
Washington, DC 20015
Tel. (202) 274-1812
Fax. (202) 274-1813
richard@hirnlaw.com

Attorney for Plaintiffs

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

Attorneys for Defendant

November 2, 2007

**CERTIFICATE OF FILING**

I hereby certify that on November 2, 2007, a copy of the foregoing "JOINT NOTICE TO PROCEED" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK