# In the United States Court of Federal Claims

Case No. 07-279C
(Filed: November 8, 2007)

| | |
|---|---|
| THEODORE FATHAUER, et al., *Plaintiffs,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

This Order confirms the **telephonic Preliminary Status Conference** (on the record) scheduled for **10:00 a.m.**, on Tuesday, **December 4,** 2007. The Defendant shall initiate the conference call with the Plaintiff, before calling the Judge at (202) 357-6504.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge