# In the United States Court of Federal Claims

Case No. 07-279C
(Filed: December 4, 2007)

****************************************************
THEODORE FATHAUER, et al., *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

The Court held a telephonic preliminary status conference in this case on Tuesday, December 4, 2007. The Defendant previously provided notice that it intended to file a dispositive motion in lieu of filing an Answer. However, during the status conference it became clear that the Defendant intended to file a responsive pleading and/or cross-motion to Plaintiff's summary judgment motion. The Government neither challenges jurisdiction nor does it invoke RCFC 12 in this case.

The Court asked the Government to reconsider whether an Answer might be appropriate under the circumstances. **The Government indicated that it would do so, and that it will file either an Answer or provide an explanation of why an Answer is unnecessary by Friday, December 7, 2007.**

The parties will adhere to the following briefing schedule for the motions:

- **February 4, 2008** **Plaintiffs' Summary Judgment Motion;**
- **March 3, 2008** **Defendant's Opposition/Cross Motion for Summary Judgment;**

- **April 2, 2008** **Plaintiffs' Opposition to Defendant's Cross Motion/Reply to Defendant's Opposition;**
- **April 16, 2008** **Defendant's Reply to Plaintiffs' Opposition;**
- **April 23, 2008** **Consolidated Statement of Uncontroverted Facts.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge