**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THEODORE FATHAUER**, et al | : | |
| | : | |
| plaintiffs, | : | |
| | : | No. 07-279C |
| v. | : | (Judge Baskir) |
| | : | |
| **THE UNITED STATES,** | : | |
| | : | |
| defendant. | : | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Theodore Fathauer et al hereby move this Court for summary judgment as to liability on their claim for Sunday differential. A brief is support of this motion, as well as an appendix to that brief, have been filed concurrently herewith. The appendix contains the declarations of plaintiffs Thoman, Fox and Hogan.

Respectfully submitted,

/s/
RICHARD J. HIRN
5335 Wisconsin Ave NW
Suite 440
Washington, DC 20015
202-274-1812

Attorney for Plaintiffs

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**THEODORE FATHAUER**, et al :
:
plaintiffs, :
: No. 07-279C
v. : (Judge Baskir)
:
**THE UNITED STATES,** :
:
defendant. :

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs Theodore Fathauer et al hereby move this Court for summary judgment as to liability on their claim for Sunday differential. A brief is support of this motion, as well as an appendix to that brief, have been filed concurrently herewith. The appendix contains the declarations of plaintiffs Thoman, Fox and Hogan.

Respectfully submitted,

/s/

RICHARD J. HIRN
5335 Wisconsin Ave NW
Suite 440
Washington, DC 20015
202-274-1812

Attorney for Plaintiffs