# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THEODORE FATHAUER et al., | ) | |
| Plaintiffs, | ) | No. 07-279C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED <u>MOTION FOR AN ENLARGEMENT OF TIME</u>

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 7 days, to and including March 10, 2008, to file its response to the plaintiff's motion for summary judgment. The response is currently due on March 3, 2008. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that he will not oppose this request for an enlargement of time.

The requested enlargement is necessary because defendant's counsel has had some emergent and unexpected work arise in one of his other cases. Specifically, in <u>Stovall v. United States</u>, Fed. Cl. No. 05-400C, the depositions of two government witnesses were scheduled for February 27 and 28, 2008. Defendant's counsel's attempts to contact the attorney for the plaintiff in the <u>Stovall</u> matter, to confirm the depositions, had gone unanswered, and plaintiff's counsel in the <u>Stovall</u> matter ultimately failed to appear for the depositions. Defendant's counsel, therefore, must immediately seek a protective order in the <u>Stovall</u> case. Additionally, defendant's counsel has recently contracted the flu. Between the

additional, unanticipated work in the Stovall case, and defendant's counsel's present illness, he is unable to make the final preparations to our response to the plaintiff's motion for summary judgment so that it may be filed by the current deadline. We anticipate that an enlargement of 7 days will permit counsel for the defendant to complete his work in the Stovall case, recover from his illness, and prepare the response in this case for filing.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick / by Kirk Manhardt
MARK A. MELNICK
Assistant Director

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

February 27, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on February 27, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK