# In the United States Court of Federal Claims

Case No. 07-279C
(Filed: February 27, 2008)

*****************************************************
THEODORE FATHAUER, et al., *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Defendant's unopposed **Motion for a 7-day Enlargement of Time**, until **March 10, 2008,** to respond to the Plaintiff's Motion for Summary Judgment is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge