# In the United States Court of Federal Claims

Case No. 07-279C
(Filed: April 17, 2008)

****************************************************
THEODORE FATHAUER, et al., *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

Defendant's **Motion for Leave to File its Unopposed Motion for an Enlargement of time** and **its Unopposed Motion for a 2-day Enlargement of Time**, until **April 18, 2008,** to Reply to the Plaintiffs' Motion for Summary Judgment are hereby **GRANTED**.

The Consolidated Statement of Uncontroverted Facts remains due on April 23, 2008.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge