# In the United States Court of Federal Claims

Case No. 07-279C
(Filed: May 20, 2008)

****************************************************
THEODORE FATHAUER, et al., *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The Court intends to schedule **Oral Argument** on the parties' cross-motions for summary judgment during the period of **June 16-30, 2008.**

Accordingly, it is ORDERED that the parties agree upon three dates during this time period. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at (202) 357-6500, **of the proposed Oral Argument dates no later than June 4, 2008**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m. The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the Plaintiffs and United States must appear in person.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge