# In the United States Court of Federal Claims

Case No. 07-279C
(Filed: May 30, 2008)

*************************************************
THEODORE FATHAUER, et al., *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*************************************************

## ORDER

This Order confirms an **Oral Argument** on the parties' cross-motions for summary judgment is scheduled for **10:00 a.m., on Tuesday, July 1, 2008.**

The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the Plaintiffs and United States shall appear in person.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge