# In the United States Court of Federal Claims

Case No. 07-279C
(Filed: June 27, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THEODORE FATHAUER, et al.,**
*Plaintiffs,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court will hold oral argument on the parties' pending cross-motions for summary judgment on July 1, 2008. Both parties contend without citation in their briefs that the U.S. Postal Service did not have "part-time employees" prior to the enactment of the Federal Employees Salary and Fringe Benefits Act of 1966 (FSFBA), Pub. L. No. 89-504, 80 Stat. 288 (1966), which was later codified at 5 U.S.C. § 5546. *See* Pl. Rep. at 5 ("there were no part-time employees in the Postal Service [at the time the FSFBA was enacted] - a point with which both parties agree.").

The Court refers the parties to two Congressional Reports from 1949 which suggest otherwise: (1) H.R. Rep. 81-1201, H.R. Rep. No. 1201, 1949 U.S.C.C.A.N. 2343, 1949 WL 1907 (Leg. Hist.), and (2) S. Rep. 81-829, S. Rep. No. 829, 1949 U.S.C.C.A.N. 1835, 1949 WL 1804 (Leg. Hist.). The parties are to be prepared to discuss the significance of this, if any, on their respective arguments during oral argument.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge