# In the United States Court of Federal Claims

**No. 07-279 C**

**THEODORE FATHAUER, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed July 7, 2008, denying Plaintiffs' motion for summary judgment as to liability and granting the Government's cross-motion,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of the Government. The parties shall bear their own costs.

John S. Buckley
Acting Clerk of Court

**July 10, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.