#068504

ORIGINAL

FILED
AUG 25 2008
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**THEODORE FATHAUER**, et al :
plaintiffs, :
: No. 07-279C
v. :
**THE UNITED STATES**, :
defendant. :

## NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on July 10, 2008.

Respectfully submitted,

RICHARD J. HIRN
5335 Wisconsin Ave NW
Suite 440
Washington, DC 20015
202-274-1812

Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was served this date by first class mail on counsel for the defendant, addressed as follows:

Devin Wolak
Trial Attorney
Civil Division
1100 L Street NW
Washington, DC 20530

RICHARD J. HIRN
5335 Wisconsin Ave NW
Suite 440
Washington, DC 20015
202-274-1812

Attorney for Plaintiffs

August 25, 2008